FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0344

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0344

CITY OF MISSOULA,

  Plaintiff and Appellee,

v.

BRUCE ALLEN WINCHESTER,

  Defendant and Appellant.

## ORDER

  Upon consideration of Appellant's motion for extension of time, and good cause appearing,

  IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 30, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2021